BENJAMIN B. WAGNER
United States Attorney
IAN P. WHITNEY
Special Assistant U.S. Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:94-mj-02186-1 |
| Plaintiff, | |
| v. | MOTION AND ORDER FOR DISMISSAL |
| ALFREDO RUIZ COVARRUBIAS, | |
| Defendant. | |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Ian P. Whitney, Special Assistant United States Attorney, hereby moves to dismiss the complaint against Alfredo Ruiz Covarrubias, without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

1

DATED: July 17, 2013                      Respectfully submitted,

                                          BENJAMIN B. WAGNER
                                          United States Attorney

                                By:      /s/ Ian P. Whitney
                                          IAN P. WHITNEY
                                          Assistant U.S. Attorney


**O R D E R**

   IT IS HEREBY ORDERED that the Complaint against Alfredo Ruiz Covarrubias, be dismissed, without prejudice, in the interest of justice and the Warrant is Ordered RECALLED.

IT IS SO ORDERED.

   Dated:  **July 18, 2013**              /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE

2